## Brown *v.* Pittsburgh Railways Company, Appellant.

Argued November 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Frank J. Gaffney*, with him *Thorp, Reed & Armstrong*, for appellant.

*Leonard P. Kane, Jr.*, with him *Carl Brandt*, and *Brandt, Riester, Brandt & Malone*, for appellee.

OPINION PER CURIAM, January 16, 1962:

The six Judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.